## <u>EXHIBITS</u>

**Exhibit A** — Copyright Registration Certificate for *Hacking World of Warcraft.*

**Exhibit B** — Publishing Agreement for *Hacking World of Warcraft* (pp. 1–3, 6–7).

**Exhibit C** — Publishing Agreement Amendment for *Hacking World of Warcraft* (p. 1).

**Exhibit D** — Plaintiff's notice to Wiley and proof of receipt.

**Exhibit E** — Bartz Works List entry for *Hacking World of Warcraft.*

**Exhibit F** — LibGen screenshot for *Hacking World of Warcraft.*

**Exhibit G** — Plaintiff's opt-out submission letter and proof of receipt.