## EXHIBIT C

Publishing Agreement Amendment for *Hacking World of Warcraft* (p. 1).

January 29, 2007

Daniel Gilbert
38 Autumn Lane
Amherst, MA 01002

Jim Whitehead II
114 Medford Road
Mattydale, NY 13211

Dear Mr. Gilbert and Mr. Whitehead:

This letter, when signed by you (individually an "Author" and collectively the "Authors") and by Wiley Publishing, Inc. (the "Publisher"), shall serve to amend the agreement between us, dated July 20, 2006 (the "Agreement"), concerning the work tentatively entitled *Hacking World of Warcraft* (the "Work"). Except as provided herein, all defined terms have the same meaning as in the Agreement. We hereby agree as follows:

1.      The parties agree that Jim Whitehead II shall be added to the Agreement as an Author and Jim Whitehead II shall have all the rights and obligations relating thereto. Jim Whitehead II acknowledges receipt of a copy of the Agreement and agrees to be fully bound by the terms thereof.

2.      In addition to the manuscript delivery schedule specified in **Paragraph 2(a)** of the Agreement, the parties agree that Jim Whitehead II shall deliver to the Publisher the following:

   (i)      Chapter 7 of the manuscript of the Work on the subject of Raid Addons not later than February 5, 2007 ;

   (ii)     Chapter 8 of the manuscript of the Work on the subject of Class-Specific Addons not later than February 12, 2007;

Although Jim Whitehead II shall deliver the chapters referenced above, it is specifically understood and agreed that the Authors are jointly and severally liable for delivering a complete and acceptable final manuscript by the Due Date specified in Paragraph 2(a) of the Agreement.

3.      The following **Paragraph 5(g)** shall be added to and made part of the Agreement:

   The royalties and advances accruing to the Authors under this Agreement shall be divided as follows:

   |                   |     |
   | ----------------- | --- |
   | Daniel Gilbert    | 85% |
   | Jim Whitehead II  | 15% |

4.      **Paragraph 21** of the Agreement shall be deleted in its entirety and replaced with the following:

**Page 1**