## EXHIBIT D

Plaintiff's notice to Wiley and proof of receipt.

January 9, 2026

John Wiley & Sons, Inc.
Attn: Legal Department / Intellectual Property
111 River Street
Hoboken, NJ 07030

To the Legal Department / Intellectual Property Team:

I am the co-author of the book *Hacking World of Warcraft* (ISBN 9780470110027), published by Wiley Publishing, Inc. in 2007, and registered with the U.S. Copyright Office as Registration No. TX0007204548.

Pursuant to Paragraph 16 of the publishing agreement for the Work (attached), I am writing to request that Wiley advise whether it intends to pursue a copyright infringement claim arising from the unauthorized acquisition and possession of a pirated copy of the Work by Anthropic, PBC.

Please let me know within thirty (30) days of the date of this letter whether Wiley intends to prosecute such a claim. If Wiley elects not to pursue the claim, or does not respond within that time, I will proceed as provided in Paragraph 16 of the agreement. This request is made solely to comply with Paragraph 16 and is not intended to limit or waive any rights I may have under the agreement or applicable law.

In addition, I'd like to request a copy of the final signed contract (as amended) that you have on file for this project. You may mail me a physical paper copy or email it to me as a PDF attachment.

Thank you for your attention to this matter.

Sincerely,

Daniel B. Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
daniel.b.gilbert@gmail.com
+1 (413) 265-1600

Enclosures:

Gilbert_WoW_Agreement_FINAL_Clean.pdf
Hacking WoW_amend1_v2.pdf
TX 7-204-548.pdf

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Hoboken, NJ 07030

Certified Mail Fee $5.30

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☒ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $1.07

$

Total Postage and Fees

$

Sent To JOHN WILEY & SONS, INC.

Street and Apt. No., or PO Box No. ATTN: LEGAL/INT. PROP. III RIVER ST

City, State, ZIP+4® HOBOKEN, NJ 07030

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

### Certified Mail service provides the following benefits:
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, January 2023 *(Reverse)* PSN 7530-02-000-9047



