## EXHIBIT E

Bartz Works List entry for *Hacking World of Warcraft.*

On 2026-05-25, I accessed:
https://secure.anthropiccopyrightsettlement.com/lookup

I selected "Search by Title", entered "Hacking World of Warcraft", and clicked the "Search" button.

This screenshot accurately reflects what I observed.

Daniel B. Gilbert

---

Bartz, et al. v. Anthropic PBC | Bartz v Anthropic | 3:24-cv-5417

Home  Key Dates  Important Documents  FAQ  Works List Lookup  Learn About Your Four Options and Due Dates  ⊕ English ⌄

# Matches Found

We found the following books related to your search.

**New Search**

| ISBN(s)/ASIN(s) | Copyright-Registered Title | Copyright-Registered Author(s) | Copyright-Registered Claimant(s) | Identified Publisher(s) | Copyright Registration Number | Identified Title | Identified Author(s) | Education Work |
|---|---|---|---|---|---|---|---|---|
| 9780470110027 | Hacking World of Warcraft | Daniel Gilbert, James, II Whitehead | Wiley Publishing, Inc.; Wiley Publishing, Inc | John Wiley & Sons, Incorporated | TX0007204548 | Hacking World of Warcraft | Daniel Gilbert, James Whitehead | Education |

⏮ ◀ 1 ▶ ⏭    25 ▾ items per page    1 - 1 of 1 items

---

ℹ **For More Information**

Visit this website often to get the most up-to-date information.

**Questions? Contact Us.**

📞 1-877-206-2314

@ info@AnthropicCopyrightSettlement.com

✉ **Anthropic Copyright Settlement**
c/o JND Legal Administration
P.O. Box 91204
Seattle, WA 98111

JND  © 2026 JND Legal Administration. All rights reserved.

Privacy Policy