## EXHIBIT F

LibGen screenshot for *Hacking World of Warcraft.*

On 2026-01-06, I accessed:
https://libgen.vg/edition.php?id=136270335

I created the following Perma.cc link at that time:
https://perma.cc/CQ6J-EBYT

The Perma.cc capture accurately reflects what I observed.

Daniel B. Gilbert

