## **<u>EXHIBIT G</u>**

Plaintiff's opt-out submission letter and proof of receipt.

January 9, 2026

Bartz v Anthropic
c/o JND Legal Administration
P.O. Box 91204
Seattle, WA 98111
info@AnthropicCopyrightSettlement.com


To the Settlement Administrator:

I previously submitted a claim form in connection with the settlement in the Anthropic PBC class action with Reference Number **PELA29C7GD**, and my Unique ID is **N6XTDJE2G3**. I am writing to notify you that I have changed my mind and hereby elect to opt out of the settlement. Please treat this letter as my timely and valid request for exclusion from the settlement class. I understand that by opting out, I will not receive any settlement benefits and I will not be bound by the settlement.

All requested opt out information is as follows:

(a) I am submitting this request in writing.
(b) This letter is in regards to the case Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.).
(c) My full name is Daniel B. Gilbert and my address is 48 Parsons St Unit 6, Easthampton, MA 01027.
(d) The specific work from the Works List that I seek to opt out is:
   - Title: Hacking World of Warcraft
   - Authors: Daniel Gilbert and James Whitehead II
   - U.S. Copyright Office Registration Number: TX0007204548
   - ISBN: 9780470110027
(e) I am one of the two co-authors of this work.
(f) I hereby request to be excluded from the proposed Class in Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.). I certify under penalty of perjury that all the information I have provided is true and correct.
(g) Other persons who may be legal or beneficial owners of the right to reproduce this work include:
   - The other co-author: James Whitehead II with last known email jnwhiteh@gmail.com.
   - The publisher: John Wiley & Sons, Inc. at address 111 River Street, Hoboken, NJ 07030.
(h) This letter has been signed by me below.
(i) This letter is being sent on January 9, 2026 via email and certified mail.

Please confirm receipt and processing of this opt-out request. Please also confirm that my previously submitted claim form with Reference Number **PELA29C7GD** has been fully withdrawn, is now considered completely null and void, and that it will no longer be considered a claim in any capacity whatsoever.

Thank you for your assistance in this matter.

Sincerely,

Daniel B. Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
daniel.b.gilbert@gmail.com
+1 (413) 265-1600

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Seattle, WA 98111

| Certified Mail Fee | $5.30 |
|---|---|
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $

Postage  $0.78

$

**Total Postage and Fees**
$10.48

Postmark Here — JAN 09 2026 — USPS — EASTHAMPTON MA 01027

Sent To  BARTZ V ANTHROPIC c/o JND LEGAL
Street and Apt. No., or PO Box No.  PO BOX 91204
City, State, ZIP+4®  SEATTLE, WA 98111

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, January 2023 *(Reverse)* PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARTZ V ANTHROPIC
c/o JND LEGAL ADMIN.
PO BOX 91204
SEATTLE, WA 98111

9590 9402 9844 5266 6474 09

2. Article Number *(Transfer from service label)*

9589 0710 5270 2612 4445 45

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Received JAN 13 2026 by JNDLA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 9844 5266 6474 09

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

DANIEL GILBERT
48 PARSONS ST UNIT 6
EASTHAMPTON, MA 01027