UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL BENJAMIN
GILBERT

Plaintiff(s),

v.

ANTHROPIC PBC

Defendant(s).

Case No.

## MOTION FOR PERMISSION FOR ELECTRONIC FILING

As the ☒ Plaintiff ☐ Defendant, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website: https://www.mad.uscourts.gov/caseinfo/cmecf-general.htm.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.

5. I understand that I must regularly review my email for notices of activity in my case.

6. I understand that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.

7. I affirm that I have regular access to the equipment necessary to e-file successfully.

8. I understand that PDF format is the only electronic format in which documents can be e-filed.

Name: DANIEL GILBERT

Address: 48 PARSONS ST UNIT 6, EASTHAMPTON, MA 01027

Phone No.: 413-265-1600

Email Address: LOGLOW @ GMAIL.COM

Date: 5/26/26

Signature: _____