JUN 8 PM 12:14

MA Springfield District Court

**Daniel Benjamin Gilbert**

Plaintiff/Petitioner

VS.

**Anthropic PBC**

Defendant/Respondent

Case No.:    **3:26-CV-30081-CLM**

DECLARATION OF SERVICE OF
**Complaint; Summons**

Received by **Michael Palermo**, on the **1st day of June, 2026 at 3:23 PM** to be served upon **Anthropic PBC c/o Corporation Service Company at 84 State St Ste 660, Boston, Suffolk County, MA 02109**.
On the **8th day of June, 2026 at 11:12 AM**, I, **Michael Palermo, SERVED Anthropic PBC c/o Corporation Service Company at 84 State St Ste 660, Boston, Suffolk County, MA 02109** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Corporation Service Company**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Corporation Service Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**

Service Fee Total: **$135.00**

I am over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _____    NA                    06/08/2026

Michael Palermo                      Server ID #            Date

REF: **REF-25898672**