AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| Daniel Benjamin Gilbert | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:26-cv-30081 |
| Anthropic Pbc | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic Pbc                                                                                                            .

Date:      06/10/2026

/s/ Lauren Papenhausen
*Attorney's signature*

Lauren Papenhausen, BBO#655527
*Printed name and bar number*

White & Case LLP
75 State Street
Boston, MA 02109-1814

*Address*

lauren.papenhausen@whitecase.com
*E-mail address*

(617) 979-9300
*Telephone number*

(617) 979-9301
*FAX number*