UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL BENJAMIN GILBERT
_____

Plaintiff

v.                                                    Civil Action No._3:26-cv-30081-CLM_____

ANTHROPIC PBC
_____

Defendant

**CONSENT TO OR DECLINATION OF THE EXERCISE**
**OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

This case has been assigned to Magistrate Judge _Christopher L. Morgan_____ for all purposes.
Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily
consent. You may, without adverse substantive consequences, withhold your consent.

**You must file this document with the Court within 30 days after the date of service on the last
party regardless of whether or not you are consenting to the exercise of jurisdiction of the
Magistrate Judge.**

**CHECK ONE**

☐ All parties in this civil action <u>CONSENT</u> to have the assigned Magistrate Judge conduct all
proceedings in this civil action, including trial, and to order the entry of final judgment in accordance
with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure.

**OR**

☑ At least one party in this civil action <u>DOES NOT CONSENT</u> to have the assigned Magistrate
Judge conduct all proceedings, including trial, and to order the entry of final judgment. This case will be
randomly assigned to a U.S. District Judge for further proceedings. If you elect to have the case proceed
before a U.S. District Judge, the above named Magistrate Judge shall continue to be assigned to this case
to hear matters referred by the District Judge, in accordance with 28 U.S.C. § 636(b) and Rule 72 of the
Federal Rules of Civil Procedure.

| *Parties' printed names* | *Signature of parties or attorneys* | *Dates* |
|---|---|---|
| Daniel Benjamin Gilbert, pro se | /s/ Daniel Benjamin Gilbert | 6/10/2026 |
| Anthropic Pbc | /s/ Lauren Papenhausen | 6/11/2026 |

(If additional space is needed, additional forms may be attached)