## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DANIEL BENJAMIN GILBERT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cv-30081 |
| | ) | |
| v. | ) | |
| | ) | |
| **ANTHROPIC PBC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Anthropic Pbc, by and through its attorneys, hereby certifies as follows:

Anthropic Pbc is privately owned company. Google LLC and Amazon Web Services, Inc. each own 10% or more of its stock. Google LLC is a subsidiary of Alphabet Inc., which is a publicly traded corporation. Amazon Web Services is a subsidiary of Amazon.com, Inc, which is a publicly traded corporation.

Dated: June 12, 2026                    Respectfully submitted,

/s/ *Lauren Papenhausen*

Lauren Papenhausen (BBO# 655527)
**White & Case LLP**
75 State St.
Boston, MA 02109
Tel: (617) 979-9300
lauren.papenhausen@whitecase.com

*Counsel for Defendant Anthropic Pbc*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2026, I caused this *FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously provide a copy of such filing to counsel of record and parties to their registered electronic mail addresses.

*/s/Lauren Papenhausen*
Lauren Papenhausen