**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **DANIEL BENJAMIN GILBERT**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:26-cv-30081-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| **ANTHROPIC PBC**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT ANTHROPIC PBC'S ASSENTED-TO
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Anthropic PBC hereby moves to extend the deadline to respond to Plaintiff Daniel Benjamin Gilbert's Complaint to **July 29, 2026**.

The present deadline to respond to the Complaint is June 29, 2026.  Anthropic respectfully requests a 30-day extension of that deadline until and including July 29, 2026, to provide it adequate time to thoroughly review and prepare its response to the Complaint. Plaintiff assents to this Motion. This modest extension will not unduly prejudice any party.  This is the first requested extension of time in this case.

WHEREFORE, Defendant Anthropic PBC respectfully requests that the Court extend the due date for its response to the Complaint from June 29, 2026 until July 29, 2026.

1

Dated: June 18, 2026

Respectfully submitted,

/s/ *Lauren Papenhausen*
Lauren Papenhausen (BBO# 655527)
**White & Case LLP**
75 State St.
Boston, MA 02109
Tel: (617) 979-9300
lauren.papenhausen@whitecase.com

*Counsel for Defendant Anthropic PBC*

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Anthropic PBC have conferred with Plaintiff Daniel Benjamin Gilbert in an attempt to resolve or narrow the issue presented by this Motion.  Plaintiff has assented to the requested extension.

/s/ *Lauren Papenhausen*
Lauren Papenhausen

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2026, I caused this Assented-to Motion to Extend Time to Respond to Complaint to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously provide a copy of such filing to parties and counsel of record to their registered electronic mail addresses.

/s/*Lauren Papenhausen*
Lauren Papenhausen

2