**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| **DANIEL BENJAMIN GILBERT,** |
| Plaintiff, |
| v. |
| **ANTHROPIC PBC,** |
| Defendant. |

Case No. 3:26-cv-30081-MGM

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF ANNA NAYDONOV**

The Defendant, through undersigned counsel, hereby moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* of attorney Anna Naydonov on the following grounds:

1.     Ms. Naydonov is admitted to practice in good standing in the District of Columbia; Virginia; the U.S. Court of Appeals for the Fourth, Seventh, and Third Circuits; and the U.S. District Courts for the District of Columbia, District of Maryland, Eastern District of Virginia, and Eastern District of Wisconsin.

2.     Attached hereto is Ms. Naydonov's certification stating she meets the requirements for pro hac vice admission in the United States District Court for the District of Massachusetts.

3.     Ms. Naydonov has reviewed and is familiar with the Local Rules of this Court.

4.     Undersigned counsel is admitted to practice and in good standing before this Court and has appeared in this action.

5.     Counsel for the Defendant has conferred with the Plaintiff, and the Plaintiff assents to this Motion.

Accordingly, Defendant respectfully requests that Ms. Naydonov be permitted to appear *pro hac vice* in the above-captioned matter.

1

2

Dated: July 1, 2026                     Respectfully Submitted,

*/s/ Lauren Papenhausen*
Lauren Papenhausen, (BBO # 655527)
**WHITE & CASE LLP**
75 State Street, 23rd Floor
Boston, MA 02109
617-979-9300
lauren.papenhausen@whitecase.com

*Attorney for Defendant*

2

## <u>CERTIFICATE OF 7.1 CONFERENCE</u>

I, Lauren Papenhausen, hereby certify that on June 30, 2026 I conferred with the Plaintiff regarding the foregoing pursuant to Local Rule 7.1(a)(2) in an attempt to narrow or resolve the issue, and the Plaintiff assented to this Motion.

*/s/ Lauren Papenhausen*
Lauren Papenhausen

**CERTIFICATE OF SERVICE**

I, Lauren Papenhausen, hereby certify that on July 1, 2026, I caused a true and accurate

copy of the forgoing to be served on counsel and parties of record by CM/ECF.


*/s/ Lauren Papenhausen*
Lauren Papenhausen