**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **DANIEL BENJAMIN GILBERT,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHROPIC PBC,**<br><br>Defendant. | Case No. 3:26-cv-30081-MGM |

## CERTIFICATION BY ANNA NAYDONOV

I, Anna Naydonov, declare as follows:

1.      I am an attorney admitted to practice in good standing in the District of Columbia; Virginia; the U.S. Court of Appeals for the Fourth, Seventh, and Third Circuits; and the U.S. District Courts for the District of Columbia, District of Maryland, Eastern District of Virginia, and Eastern District of Wisconsin.

2.      I am not now, nor have I ever been, the subject of disciplinary proceedings in any jurisdiction.  I have never had a *pro hac vice* admission to this court revoked for misconduct.

3.      I have read and agree to comply with the Local Rules of the United States District Court of the District of Massachusetts.

4.      My office address is: White & Case, LLC, 701 Thirteenth Street, NW, Washington, D.C. 20005-3807.  My office phone number is (212) 637-6197, and my email address is anna.naydonov@whitecase.com.

1

Respectfully submitted this 1st day of July, 2026.

Anna Naydonov
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, D.C. 20005-3807
(212) 637-6197
anna.naydonov@whitecase.com