**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **DANIEL BENJAMIN GILBERT,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**ANTHROPIC PBC,**<br><br>                    Defendant. | Case No. 3:26-cv-30081-MGM |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF ANDY LEGOLVAN

The Defendant, through undersigned counsel, hereby moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* of attorney Andy LeGolvan on the following grounds:

1.    Mr. LeGolvan is admitted to practice in good standing in California; the U.S. Court of Appeals for the Federal, Ninth, Seventh, and Third Circuits; the U.S. District Courts for the Central District of California, Eastern District of California, Northern District of California, Southern District of California, and Western District of Texas; and the United States Supreme Court.

2.    Attached hereto is Mr. LeGolvan's certification stating he meets the requirements for pro hac vice admission in the United States District Court for the District of Massachusetts.

3.    Mr. LeGolvan has reviewed and is familiar with the Local Rules of this Court.

4.    Undersigned counsel is admitted to practice and in good standing before this Court and has appeared in this action.

5.    Counsel for the Defendant has conferred with the Plaintiff, and the Plaintiff assents to this Motion.

1

2

Accordingly, Defendant respectfully requests that Mr. LeGolvan be permitted to appear *pro hac vice* in the above-captioned matter.

Dated: July 1, 2026                    Respectfully Submitted,

                                       */s/Lauren Papenhausen*
                                       Lauren Papenhausen, (BBO # 655527)
                                       **WHITE & CASE LLP**
                                       75 State Street, 23rd Floor
                                       Boston, MA 02109
                                       617-979-9300
                                       lauren.papenhausen@whitecase.com

                                       *Attorney for Defendant*

2

## <u>CERTIFICATE OF 7.1 CONFERENCE</u>

I, Lauren Papenhausen, hereby certify that on June 30, 2026 I conferred with the Plaintiff regarding the foregoing pursuant to Local Rule 7.1(a)(2) in an attempt to narrow or resolve the issue, and the Plaintiff assented to this Motion.

*/s/Lauren Papenhausen*
Lauren Papenhausen

## <u>CERTIFICATE OF SERVICE</u>

I, Lauren Papenhausen, hereby certify that on July 1, 2026, I caused a true and accurate copy of the forgoing to be served on counsel and parties of record by CM/ECF.

<u>*/s/Lauren Papenhausen*</u>
Lauren Papenhausen