**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **DANIEL BENJAMIN GILBERT,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHROPIC PBC,**<br><br>Defendant. | Case No. 3:26-cv-30081-MGM |

<u>**CERTIFICATION BY ANDY LEGOLVAN**</u>

I, Andy LeGolvan, declare as follows:

1.      I am an attorney admitted to practice in good standing in California; the U.S. Court of Appeals for the Federal, Ninth, Seventh, and Third Circuits; the U.S. District Courts for the Central District of California, Eastern District of California, Northern District of California, Southern District of California, and Western District of Texas; and the United States Supreme Court.

2.      I am not now, nor have I ever been, the subject of disciplinary proceedings in any jurisdiction.  I have never had a *pro hac vice* admission to this court revoked for misconduct.

3.      I have read and agree to comply with the Local Rules of the United States District Court of the District of Massachusetts.

4.      My office address is: White & Case, LLC, 2 Palo Alto Square, Suite 900, 3000 El Camino Real, Palo Alto, CA 94306-2109.  My office phone number is (213) 620-7755, and my email address is andy.legolvan@whitecase.com.

1

Respectfully submitted this 1st day of July, 2026.

Andy LeGolvan

**WHITE & CASE LLP**
2 Palo Alto Square, Suite 900
3000 El Camino Real,
Palo Alto, CA 94306-2109
(213) 620-7755
andy.legolvan@whitecase.com

2