AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Daniel Benjamin Gilbert | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-30081-MGM |
| Anthropic Pbc | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic Pbc                                                                                      .

Date:      07/06/2026

/s/ Anna Naydonov
*Attorney's signature*

Anna Naydonov, admitted pro hac vice
*Printed name and bar number*

White & Case LLC
701 Thirteenth Street, NW
Washington, D.C. 2005-3807

*Address*

anna.naydonov@whitecase.com
*E-mail address*

(212) 637-6197
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2026, I caused this *NOTICE OF APPEARANCE OF COUNSEL* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously provide a copy of such filing to counsel of record and parties to their registered electronic mail addresses.

*/s/Anna Naydonov*
Anna Naydonov