## **EXHIBITS**

A.    Copyright Registration Certificate

B.    Publishing Agreement (Redacted)

C.    January 29, 2007 Amendment to the Publishing Agreement (Redacted)

D.    May 29, 2007 Amendment to the Publishing Agreement

E.    Plaintiff's Notice of Infringement to Wiley and Proof of Receipt

F.    Communication from Wiley's Legal Counsel

G.    Plaintiff's Notice of This Action to Wiley and Proof of Receipt

H.    Declaration of Non-Objection by James Whitehead II

I.    Covenant Not to Sue Anthropic PBC by James Whitehead II

J.    *Bartz* Works List Entry

K.    LibGen Screenshot

L.    Plaintiff's Opt-Out Submission Letter and Proof of Receipt

M.    Opt-Out Confirmation Email