## <u>EXHIBIT A</u>

Copyright Registration Certificate

**Registration Number**

TX 7-204-548

**Effective date of
registration:**

July 7, 2008

## Title

**Title of Work:** Hacking World of Warcraft

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |

**Date of 1st Publication:** May 18, 2007     **Nation of 1st Publication:** United States

**International Standard Number:** ISBN          9780470110027 TD

## Author

- **Author:** Daniel Gilbert

  **Author Created:** Text

  **Work made for hire:** No

  **Citizen of:** United States

  **Anonymous:** No     **Pseudonymous:** No

- **Author:** James Whitehead II

  **Author Created:** Text

  **Work made for hire:** No

  **Citizen of:** United States

  **Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Wiley Publishing, Inc.

111 River Street, Hoboken, NJ, 07030-5774

**Transfer Statement:** by written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Some material previously published

**Previously registered:** No

**New material included in claim:**   Text except above-cited material

## Certification

**Name:**   Jennifer Peters

**Date:**   June 27, 2008