# EXHIBIT C

January 29, 2007 Amendment to the Publishing Agreement (Redacted)

0470110023

# WILEY PUBLISHING, INC.

January 29, 2007

Daniel Gilbert
38 Autumn Lane
Amherst, MA 01002

James Whitehead II
114 Medford Road
Mattydale, NY 13211

Dear Mr. Gilbert and Mr. Whitehead:

This letter, when signed by you (individually an "Author" and collectively the "Authors") and by Wiley Publishing, Inc. (the "Publisher"), shall serve to amend the agreement between us, dated July 20, 2006 (the "Agreement"), concerning the work tentatively entitled *Hacking World of Warcraft* (the "Work"). Except as provided herein, all defined terms have the same meaning as in the Agreement. We hereby agree as follows:

1.      The parties agree that James Whitehead II shall be added to the Agreement as an Author and James Whitehead II shall have all the rights and obligations relating thereto. James Whitehead II acknowledges receipt of a copy of the Agreement and agrees to be fully bound by the terms thereof.

2.      In addition to the manuscript delivery schedule specified in **Paragraph 2(a)** of the Agreement, the parties agree that James Whitehead II shall deliver to the Publisher the following:

   (i)      Chapter 7 of the manuscript of the Work on the subject of Raid Addons not later than February 5, 2007;

   (ii)     Chapter 8 of the manuscript of the Work on the subject of Class-Specific Addons not later than February 12, 2007;

Although James Whitehead II shall deliver the chapters referenced above, it is specifically understood and agreed that the Authors are jointly and severally liable for delivering a complete and acceptable final manuscript by the Due Date specified in Paragraph 2(a) of the Agreement.

3.      The following **Paragraph 5(g)** shall be added to and made part of the Agreement:

   The royalties and advances accruing to the Authors under this Agreement shall be divided as follows:

   | Daniel Gilbert | 85% |
   | James Whitehead II | 15% |

*Page 1 of 3*
*Hacking WoW/Amend 1*
*9780470110027*

4.   **Paragraph 21** of the Agreement shall be deleted in its entirety and replaced with the following:

Daniel Gilbert hereby confirms that Daniel Gilbert has irrevocably appointed David Fugate, doing business as LaunchBooks Literary Agency ("LaunchBooks"), located at 566 Sweet Pea Place, Encinitas, California 92024, as Daniel Gilbert's exclusive agent throughout the world with respect to the Work and all rights therein. Daniel Gilbert irrevocably directs and Daniel authorizes Publisher to forward all statements and pay all monies otherwise accruing from Publisher to Daniel Gilbert with respect to the Work solely to and in the name of LaunchBooks Literary Agency, and Publisher agrees to do so. Receipt by LaunchBooks shall be deemed receipt by Daniel Gilbert. Daniel Gilbert irrevocably empowers LaunchBooks to act on Daniel Gilbert's behalf in all matters arising from or pertaining to this Agreement and the Work it covers. Daniel Gilbert irrevocably agrees to pay LaunchBooks, and Daniel Gilbert irrevocably authorized LaunchBooks to receive and retain an amount equal to fifteen percent (15%) of all monies payable to Daniel Gilbert under this Agreement and otherwise accruing from Publisher to Daniel Gilbert with respect to the Work, and Publisher hereby agrees to honor said payment. LaunchBooks shall be considered a third person beneficiary of Publisher's said agreements to make payments to LaunchBooks and to honor said assignment. The designation of LaunchBooks as Daniel Gilbert's exclusive agent shall survive the incapacity or death of the Daniel Gilbert and may be terminated only upon written notice to the Publisher signed jointly by the Daniel Gilbert or his heirs, executors, successors or assigns, and by LaunchBooks. The term "this Agreement" as used in this paragraph includes but is not limited to this Agreement and all modifications, amendments, renewals, extensions, and supplements to this Agreement, as well as all transactions between Daniel Gilbert and Publisher pertaining to the Work, whenever and by whomever made. The term "Daniel Gilbert" as used in this paragraph includes but is not limited to all Daniel Gilbert(s) named elsewhere in this Agreement and their successors, assigns, licensees, heirs, legal representatives, administrators and executors and anyone acting on their behalf or in their place and stead.

LaunchBooks Literary Agency Federal Tax Identification Number: REDACTED Fed. R. Civ. P. 5.2(a)(1)

5.   The following **Paragraph 22** shall be added to and made part of the Agreement:

Your names shall be listed on the cover and title page in the order set forth below:

Daniel Gilbert and James Whitehead II

6.   The following **Paragraph 23** shall be added to and made a part of the Agreement:

In the event of disagreement between the Authors that precludes the timely submission of a complete and satisfactory manuscript or otherwise interferes with the publication of the Work, the Publisher shall have the right but not the obligation to determine how the disagreement will be resolved and its determination shall be final. In addition, the Publisher shall have the right, by written notice, to terminate this Agreement with respect to one or more of you pursuant to Paragraph 19 of the Agreement, or discontinue the participation of one or more of the Authors, in which case one or more of the Authors shall not participate in any further efforts with respect to the Work and the share of royalties shall be adjusted to reflect the amount of material actually contributed by one or more of the Authors to the published Work, as determined by the Publisher in its reasonable judgment.

Except as expressly provided herein, the Agreement is hereby ratified and affirmed.

Please sign in the space provided below to indicate your acceptance of the foregoing.

ACCEPTED AND AGREED:                    WILEY PUBLISHING INC.

_____             _____
Daniel Gilbert                          Joseph B. Wikert
                                        Vice President and Executive Publisher

__2/1/07_____                   __2/23/07_____
Date                                    Date


_____
James Whitehead II

__2/12/07_____
Date

REDACTED
Fed. R. Civ. P. 5.2(a)(1)
_____
SSN or Tax Payer ID Number

REDACTED
Fed. R. Civ. P. 5.2(a)(2)
_____
Date of Birth

__USA_____
Citizenship