**<u>EXHIBIT D</u>**

May 29, 2007 Amendment to the Publishing Agreement

# WILEY PUBLISHING, INC. 9780470110027

May 29, 2007

Daniel Gilbert
38 Autumn Lane
Amherst, MA 01002

James Whitehead II
114 Medford Road
Mattydale, NY 13211

RECEIVED
JUL 03 2007
ROYALTY CONTROL

Dear Mr. Gilbert and Mr. Whitehead:

This letter, when signed by you (individually an "Author" and collectively the "Authors") and by Wiley Publishing, Inc. (the "Publisher"), shall serve to amend the agreement between us, dated July 20, 2006 and amended January 29, 2007 (the "Agreement"), concerning the work tentatively entitled *Hacking World of Warcraft* (the "Work"). Except as provided herein, all defined terms have the same meaning as in the Agreement. We hereby agree as follows:

1.     **Paragraph 5(g)** of the Agreement shall be deleted in its entirety and replaced with the following:

   100% of the advance specified in Paragraph 5(b) of the Agreement shall be paid solely to Daniel Gilbert. After the advance specified in Paragraph 5(b) has earned out, the royalties accruing to the Authors hereunder shall be divided 85% to Daniel Gilbert and 15% to James Whitehead II.

2.     Except as expressly provided herein, the Agreement is hereby ratified and affirmed.

Please sign in the space provided below to indicate your acceptance of the foregoing.

ACCEPTED AND AGREED:

_____
Daniel Gilbert

6/15/07
Date

_____
James Whitehead II

6/7/2007
Date

WILEY PUBLISHING INC.

_____
Joseph B. Wikert
Vice President and Executive Publisher

6/22/07
Date

*Page 1 of 1*
*Hacking WoW/Amend 1*
*9780470110027*