## **EXHIBIT F**

Communication from Wiley's Legal Counsel

    Daniel Gilbert <loglow@gmail.com>

## Hacking World of Warcraft Contract

**Minatel, James** <jminatel@wiley.com>    Tue, Jun 23, 2026 at 1:47 PM
To: Daniel Gilbert <loglow@gmail.com>
Cc: "Melnick, Annie" <amelnick@wiley.com>

Daniel:

I was able to get a comprehensive response from Wiley legal which I hope gives you some closure on Wiley's role.

*From our litigation counsel, we are not able to sign any documents provided by authors in relation to their own potential claims, and we are not able to take a position on whether he can file is own lawsuit. Wiley already submitted our own claim as part of the settlement process.*

Jim Minatel

Associate Publisher

John Wiley & Sons – Trade

jminatel@wiley.com

I recognize that my working day may not be your working day. Please do not feel obliged to respond outside of your working hours.

**From:** Daniel Gilbert <loglow@gmail.com>
**Sent:** Tuesday, June 23, 2026 2:12 AM

[Quoted text hidden]

[Quoted text hidden]