## **EXHIBIT G**

Plaintiff's Notice of This Action to Wiley and Proof of Receipt

June 23, 2026

John Wiley & Sons, Inc.
Attn: Legal Department / Intellectual Property
111 River Street
Hoboken, NJ 07030

Re: Notice of Copyright Action — Gilbert v. Anthropic PBC, No. 3:26-cv-30081-MGM


To the Legal Department / Intellectual Property Team:

I am providing written notice of the pending copyright action *Gilbert v. Anthropic PBC*, No. 3:26-cv-30081-MGM, in the United States District Court for the District of Massachusetts.

The action concerns Anthropic's alleged unauthorized downloading and retention of an infringing copy of the book *Hacking World of Warcraft*, U.S. Copyright Registration No. TX0007204548, ISBN 9780470110027.

I am providing this notice because you may have or claim an interest in the copyright or in rights relating to the Work. Enclosed is a copy of the Complaint, including the exhibits filed with it.

This notice is not a summons, does not add you as a party, and does not require any response from you. I am providing it to ensure that you have formal notice of the action.

Sincerely,

Daniel Benjamin Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
daniel.b.gilbert@gmail.com
+1 (413) 265-1600

*Plaintiff Pro Se*

*Gilbert v. Anthropic PBC*, No. 3:26-cv-30081-MGM

Enclosures:

2026-05-26 Gilbert v. Anthropic PBC, Complaint.pdf

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Hoboken, NJ 07030

| Certified Mail Fee | $5.30 |
| --- | --- |
| $ | $4.40 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)    $ $0.00
- ☐ Return Receipt (electronic)    $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required    $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

JUN 23 2026

0027 01027 42

06/23/2026

USPS

| Postage | $12.90 |
| --- | --- |
| Total Postage and Fees | $22.60 |

Sent To JOHN WILEY & SONS, INC. ATTN: LEGAL
Street and Apt. No., or PO Box No. III RIVER ST
City, State, ZIP+4® HOBOKEN, NJ 07030

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

### Certified Mail service provides the following benefits:
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, January 2023 *(Reverse)* PSN 7530-02-000-9047





 Gmail

<div align="right">Daniel Gilbert &lt;loglow@gmail.com&gt;</div>

---

## Hacking World of Warcraft Contract

---

**Daniel Gilbert** &lt;loglow@gmail.com&gt;                                    Tue, Jun 23, 2026 at 4:58 PM
To: "Minatel, James" &lt;jminatel@wiley.com&gt;
Cc: "Melnick, Annie" &lt;amelnick@wiley.com&gt;, legal@wiley.com

Hi Jim,

If you don't mind, please forward the attached PDF to your legal department and confirm their receipt of it, since I don't have the contact information for anyone in the legal department directly, and they appear unwilling or unable to communicate with me directly. I have also mailed this letter and its attachments to Wiley (John Wiley & Sons, Inc., Attn: Legal Department / Intellectual Property, 111 River Street, Hoboken, NJ 07030) via Certified Mail, and I am also copying it to legal@wiley.com for good measure.

This document constitutes statutory notice to Wiley under 17 U.S.C. § 501(b) of my pending copyright action. ("The court may require such owner to serve written notice of the action with a copy of the complaint upon any person shown, by the records of the Copyright Office or otherwise, to have or claim an interest in the copyright, and shall require that such notice be served upon any person whose interest is likely to be affected by a decision in the case.")

I presume, based on our communication, that Wiley is already aware of this case. However, I am sending this notice to avoid any doubt, for clean statutory compliance, and in order to be able to show the court, if needed, that Wiley has indeed received proper notice under the law.

Please let me know if Wiley's position changes, or if anyone from Legal wishes to discuss this further.

Best,
Dan

[Quoted text hidden]

---

📄 **Notice of Copyright Action.pdf**
4187K

 Gmail

Daniel Gilbert <loglow@gmail.com>

## Hacking World of Warcraft Contract

**Minatel, James** <jminatel@wiley.com>
To: Daniel Gilbert <loglow@gmail.com>
Cc: "Melnick, Annie" <amelnick@wiley.com>

Tue, Jun 23, 2026 at 5:55 PM

Done

[Quoted text hidden]