## **EXHIBIT H**

Declaration of Non-Objection by James Whitehead II

**DECLARATION OF JAMES WHITEHEAD II REGARDING
NON-OBJECTION TO DANIEL GILBERT'S LAWSUIT**

I, James Whitehead II, declare as follows:

1.  I am a co-author of *Hacking World of Warcraft* (the "Work").

2.  I understand that Daniel Gilbert has filed *Gilbert v. Anthropic PBC*, No. 3:26-cv-30081 (the "Lawsuit"), concerning alleged unauthorized copying of the Work.

3.  I do not object to Daniel Gilbert pursuing the Lawsuit in his own name and on his own behalf.

4.  Daniel Gilbert is not acting or serving as my representative or agent in the Lawsuit.

5.  I do not contend that Daniel Gilbert lacks authority to pursue his own rights arising from the Work.

6.  Nothing in this declaration assigns or transfers any of my own rights or claims unless separately agreed in writing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on ___24th June___, 2026.


_____

James Whitehead II