## EXHIBIT I

Covenant Not to Sue Anthropic PBC by James Whitehead II

## COVENANT NOT TO SUE ANTHROPIC PBC

James Whitehead II, for one dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, agrees as follows:

1.  James Whitehead II is a co-author of the book *Hacking World of Warcraft* (the "Work"), registered with the United States Copyright Office under Registration No. TX 7-204-548, and holds a beneficial ownership interest in the copyright in the Work by reason of his royalty entitlement under his agreements with Wiley Publishing, Inc. and its successor, John Wiley & Sons, Inc.

2.  James Whitehead II covenants and agrees not to assert, commence, or pursue, against Anthropic PBC, any claim arising from the alleged unauthorized downloading, reproduction, storage, or retention of the Work, including the conduct that is the subject of *Gilbert v. Anthropic PBC*, No. 3:26-cv-30081 (D. Mass.).

3.  For the avoidance of doubt, this covenant applies solely to claims arising from the Work (the book *Hacking World of Warcraft* with Copyright Registration No. TX 7-204-548) and does not waive, release, impair, or restrict any claim that James Whitehead II may have arising from any other copyrighted work.

4.  This covenant does not assign or transfer any right or claim to any person, does not release or impair any right James Whitehead II may have against any party other than Anthropic PBC, and does not affect any royalty or other economic entitlement of James Whitehead II.

5.  This covenant is binding on James Whitehead II and his heirs, successors, and assigns, and may be relied upon by Daniel Gilbert.

Agreed and accepted:

Executed on _____24th June_____, 2026, at _____Stockholm, Sweden_____.

    Day                                    Place (City, State)


_____
James Whitehead II