## **EXHIBIT J**

*Bartz* Works List Entry

# ATTESTATION OF DANIEL B. GILBERT

On May 25, 2026, I accessed: https://secure.anthropiccopyrightsettlement.com/lookup

I selected "Search by Title", entered "Hacking World of Warcraft", and clicked the "Search" button.

The screenshot on the following page is a true and correct copy of what I observed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July 6_____, 2026, at _____Easthampton, Massachusetts_____.

     Day            Place (City, State)

_____

Daniel B. Gilbert



Bartz, et al. v. Anthropic PBC  |  Bartz v Anthropic  |  3:24-cv-5417

Home    Key Dates    Important Documents    FAQ    Works List Lookup    Learn About Your Four Options and Due Dates    ⊕ English ⌄

# Matches Found

We found the following books related to your search.

**New Search**

| ISBN(s)/ASIN(s) | Copyright-Registered Title | Copyright-Registered Author(s) | Copyright-Registered Claimant(s) | Identified Publisher(s) | Copyright Registration Number | Identified Title | Identified Author(s) | Education Work |
|---|---|---|---|---|---|---|---|---|
| 9780470110027 | Hacking World of Warcraft | Daniel Gilbert, James, II Whitehead | Wiley Publishing, Inc.; Wiley Publishing, Inc | John Wiley & Sons, Incorporated | TX0007204548 | Hacking World of Warcraft | Daniel Gilbert, James Whitehead | Education |

|◄ ◄ 1 ► ►|    25    ▼   items per page                                                              1 - 1 of 1 items

## ⓘ For More Information

**Visit this website often to get the most up-to-date information.**

## Questions? Contact Us.

📞 **1-877-206-2314**

@ **info@AnthropicCopyrightSettlement.com**

✉ **Anthropic Copyright Settlement**
c/o JND Legal Administration
P.O. Box 91204
Seattle, WA 98111

JND  © 2026 JND Legal Administration. All rights reserved.                    Privacy Policy