## **EXHIBIT K**

LibGen Screenshot

## ATTESTATION OF DANIEL B. GILBERT

On January 6, 2026, I accessed: https://libgen.vg/edition.php?id=136270335

I created the following Perma.cc link at that time: https://perma.cc/CQ6J-EBYT

The screenshot on the following page is a true and correct copy of what I observed, and the Perma.cc capture accurately reflects the same page.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ July 6 _____, 2026, at _____ Easthampton, Massachusetts _____.

                               Day                                          Place (City, State)

Daniel B. Gilbert



Get crafty! Veteran WoW player and creator of the most popular World of Warcraft add-on (Atlas) Dan Gilbert guides you through making your stay in the world of Azeroth more exciting. Whether you're human, dwarf, elf, or orc, you'll feast on numerous unique hacks such as combat, artwork and model, map, interface, loot, chat, raid, PvP, and more. You'll also learn to create and use skins and themes, write your own macros, create add-ons, and work with frames and XML so that you can improve your experience with the hottest online game on the planet—planet Earth, that is.

*Files (1):*



**Size:** 7 MB (7636484 B) **Extension:** pdf **Pages:** 405 **OCR:** Y

Libgen | Randombook | Anna's archive | libgen.pw | Bookfi.net | IPFS cloudflare | IPFS.io | Pinata IPFS | Local IPFS | Torrent per 1000 books | TOR | Gnutella | Ed2k | DC++ | Pilimi torrent | +

_177721.bf40048310daeb9aa562b6b70b0944e3

Add the review/rating

DMCA   ABOUT   DONATE                                                           Users online 3960