## EXHIBIT L

Plaintiff's Opt-Out Submission Letter and Proof of Receipt

January 9, 2026

Bartz v Anthropic
c/o JND Legal Administration
P.O. Box 91204
Seattle, WA 98111
info@AnthropicCopyrightSettlement.com


To the Settlement Administrator:

I previously submitted a claim form in connection with the settlement in the Anthropic PBC class action with Reference Number **PELA29C7GD**, and my Unique ID is **N6XTDJE2G3**. I am writing to notify you that I have changed my mind and hereby elect to opt out of the settlement. Please treat this letter as my timely and valid request for exclusion from the settlement class. I understand that by opting out, I will not receive any settlement benefits and I will not be bound by the settlement.

All requested opt out information is as follows:

(a) I am submitting this request in writing.
(b) This letter is in regards to the case Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.).
(c) My full name is Daniel B. Gilbert and my address is 48 Parsons St Unit 6, Easthampton, MA 01027.
(d) The specific work from the Works List that I seek to opt out is:
   - Title: Hacking World of Warcraft
   - Authors: Daniel Gilbert and James Whitehead II
   - U.S. Copyright Office Registration Number: TX0007204548
   - ISBN: 9780470110027
(e) I am one of the two co-authors of this work.
(f) I hereby request to be excluded from the proposed Class in Bartz v. Anthropic PBC, No. 3:24-cv-05417-WHA (N.D. Cal.). I certify under penalty of perjury that all the information I have provided is true and correct.
(g) Other persons who may be legal or beneficial owners of the right to reproduce this work include:
   - The other co-author: James Whitehead II with last known email jnwhiteh@gmail.com.
   - The publisher: John Wiley & Sons, Inc. at address 111 River Street, Hoboken, NJ 07030.
(h) This letter has been signed by me below.
(i) This letter is being sent on January 9, 2026 via email and certified mail.

Please confirm receipt and processing of this opt-out request. Please also confirm that my previously submitted claim form with Reference Number **PELA29C7GD** has been fully withdrawn, is now considered completely null and void, and that it will no longer be considered a claim in any capacity whatsoever.

Thank you for your assistance in this matter.

Sincerely,

Daniel B. Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
daniel.b.gilbert@gmail.com
+1 (413) 265-1600

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Seattle, WA 98111

Certified Mail Fee $5.30
$ $4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

JAN 09 2026

01/09/2026

USPS

Postage $0.78
$

Total Postage and Fees
$10.48
$

Sent To
BARTZ V ANTHROPIC C/O JND LEGAL
Street and Apt. No., or PO Box No.
PO BOX 91204
City, State, ZIP+4®
SEATTLE, WA 98111

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

### Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** January 2023 *(Reverse)* PSN 7530-02-000-9047





 Gmail

## Automatic reply: Request for Settlement Exclusion and Cancellation of Previous Claim Form Submission

1 message

**info@AnthropicCopyrightSettlement.com** <info@anthropiccopyrightsettlement.com>                Fri, Jan 9, 2026 at 2:46 AM
To: Daniel Gilbert <loglow@gmail.com>

Thank you for contacting the Anthropic Copyright Settlement Administrator.  We are reviewing your message.  For more information, please read the complete, Court-approved **Class Notice** about the preliminarily approved Settlement that the Court advises Class Members to read.

```
Delivered-To: loglow@gmail.com
Received: by 2002:a05:6000:1b0f:b0:432:c724:2f63 with SMTP id f15csp1073680wrz;
        Thu, 8 Jan 2026 23:46:59 -0800 (PST)
X-Google-Smtp-Source: AGHT+IHm0BdApRcr830UeCU0V2xEG++qpDiHzCs5pmSWPSkcKWcHTmDwX3me3r4ZUCYMjVUYS6gP
X-Received: by 2002:a17:902:d50e:b0:29f:cb81:8be2 with SMTP id d9443c01a7336-2a3e39e58dcmr115371975ad.20.1767944819624;
        Thu, 08 Jan 2026 23:46:59 -0800 (PST)
ARC-Seal: i=2; a=rsa-sha256; t=1767944819; cv=pass;
        d=google.com; s=arc-20240605;
        b=KHtiklccZFHAPUNuYPVnuNzxy5MuZewWD7m0i+nKoHSGxzewGTvcbBSKFjg0UvaK93
         WtW53qV8oB9drIWEfXZ1j4HZMFkRnGkvssXc2sfsBHKOwAhu/vL6AgbSTszVrZ4dZ/Eo
         uliBj3Ma3q6rSwqn6rx000Sz5XJh8RU8a1QRftx1x2QH7tOFvRimvK2hpTBdUKVroEji
         4DAwMdKPphwu5ddRHolmn+ZXq3GvOpebnz0zbhIBHGslC18gCixmPw3ACA1ZKjJDGyEA
         c9Imohl/tVBtdwfpoXA6EksJHhut4GjzH+JAJu7Oz++CZHAXLlrZ/y6fBpvSf948sGpn
         QUsg==
ARC-Message-Signature: i=2; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20240605;
        h=mime-version:auto-submitted:in-reply-to:references:message-id:date
         :thread-index:thread-topic:subject:to:from:dkim-signature;
        bh=TzwK9DCmZCjp6CR+Th6/HsF7aISLLR5dSN2LPBqFLOI=;
        fh=YVj1nMf9xfSxZtR85i3sIqkb8Glygwfrsa0vRc07RjE=;
        b=B1653ZUbHj6YWS3FFS4pjcyO5HtGsBpxcoQXg7OUlTeXNhr52MI5lMXl+T+oOZu7nJ
         FN0URE9qJ0xziD+O/XCCMdBM8XZxyLThDAtNGeqfW54sj8u9cCA/AiWBDWM0mzvaO26k
         fN/9CynlAd6K2QT1L2+eXn7gjmsCnw/LFdVa4/pFQXfhpMmSzACheUp5ztw8yO8XSi6M
         +rnjEtUEhEFm0FDQcbTpT5Wkb5GW1kdAlhvGXJSk3BOniJ6ldiVaH4ZdtWEZXaNa2lSl
         vX/UsGcMVi0UgabsCLZTuUSCSpqdwnduKY3dyxDkK0KzgE3rQYjf5EQzdC9Y4jNwsvVq
         rXAg==;
        dara=google.com
ARC-Authentication-Results: i=2; mx.google.com;
        dkim=pass header.i=@AnthropicCopyrightSettlement.com header.s=selector1 header.b=Y0RTdO3m;
        arc=pass (i=1 dkim=pass dkdomain=anthropiccopyrightsettlement.com dmarc=pass fromdomain=anthropiccopyrightsettlement.com);
        spf=pass (google.com: domain of postmaster@sa9pr02cu001.outbound.protection.outlook.com designates 52.102.140.39 as permitted sender)
smtp.helo=SA9PR02CU001.outbound.protection.outlook.com;
        dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=anthropiccopyrightsettlement.com
Return-Path: <>
Received: from SA9PR02CU001.outbound.protection.outlook.com (mail-southcentralusazhn15013039.outbound.protection.outlook.com. [52.102.140.39])
        by mx.google.com with ESMTPS id d9443c01a7336-2a3e3cd68desi154802695ad.201.2026.01.08.23.46.59
        for <loglow@gmail.com>
        (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
        Thu, 08 Jan 2026 23:46:59 -0800 (PST)
Received-SPF: pass (google.com: domain of postmaster@sa9pr02cu001.outbound.protection.outlook.com designates 52.102.140.39 as permitted sender)
client-ip=52.102.140.39;
Authentication-Results: mx.google.com;
        dkim=pass header.i=@AnthropicCopyrightSettlement.com header.s=selector1 header.b=Y0RTdO3m;
        arc=pass (i=1 dkim=pass dkdomain=anthropiccopyrightsettlement.com dmarc=pass fromdomain=anthropiccopyrightsettlement.com);
        spf=pass (google.com: domain of postmaster@sa9pr02cu001.outbound.protection.outlook.com designates 52.102.140.39 as permitted sender)
smtp.helo=SA9PR02CU001.outbound.protection.outlook.com;
        dmarc=pass (p=QUARANTINE sp=QUARANTINE dis=NONE) header.from=anthropiccopyrightsettlement.com
ARC-Seal: i=1; a=rsa-sha256; s=arcselector10001; d=microsoft.com; cv=none;
 b=F7M4RbDm2vmcxve/MNMMz/0pS0ZwYJjV6nBNq7Ch7WbUEQSMNNuy1juolMAq2q6DAB1TdA6hx6HBazilYw2Uhs8ICeIOeiiduFoVOSaRp7QhJoCwZ6dlFVy1C848V/
 fAgp5TefmgJUi4hCyXjHeUyueaqdydCxcwCEgvrbxITxvhEJO8KerBZMe6+V8uRZBBScRx+9Ztth20OBu7T/lKQNfJn/uoA2t1ccqxWSMT9SxZHcWXlt/jtiJfsqpfbu9XQqdA2ptu7N/
 vwY6ZqBEmoKZCvmoArXFF8hD4X7vFtPJOXbpbbecBbMEXlBBRDSF30luEWW6HK5KPkUuj3PzAKQ==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector10001;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-AntiSpam-MessageData-ChunkCount:X-MS-Exchange-AntiSpam-MessageData-0:X-MS-
Exchange-AntiSpam-MessageData-1;
 bh=TzwK9DCmZCjp6CR+Th6/HsF7aISLLR5dSN2LPBqFLOI=;
 b=tyYv4YtHH11pNAWqOSW6uIMocQxFIonP1OvJd+/NhMMP8jkEC9w6BWhU6uW5VBiXh7VPDbBANn/
 B93aFy6g6GNeBbiqefqUDm2Ojjn2/6g0FQcl4W3iNpNIEzTvPxoGKsN2K8Dk3G2sgW/6XYPhXNpPJR8XX33NP+Pkn8D1iANM5yrYEBfZcp8IlsmSAE6nO8o/
 ZmAOullSWeKL0s+H51vbjN6bhpg8tfZMpMF2yvx0mwCX71W11hElpFcWqxVDdPNY7DMcqSvauLGTMXpLdKqSOc8X4sQxoR3MBKW4mE9X10Av+dxbIpGaureCwyRq+221vyEjsWbgsVWyC0ga6fQ==
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=none; dmarc=pass
 action=none header.from=anthropiccopyrightsettlement.com; dkim=pass
 header.d=anthropiccopyrightsettlement.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
 d=AnthropicCopyrightSettlement.com; s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=TzwK9DCmZCjp6CR+Th6/HsF7aISLLR5dSN2LPBqFLOI=;
 b=Y0RTdO3mx3Rp24Jvevxb6Z1KpBTtWjyBVGhptvRdCSzTK/
 OqS+9qAgAaEV8gAgsFVuQCi3nvZ/2m4Q5ISz+LlJLqGjPtsRaI08sl2jWzXuTA0yyxwq6i8Q3+Rm5Zy72UG7hrNebn+jVaIwrBtulV4IW1ztfQp6hTzECuXTtm0dx5McfSgxBiA17ho4SHZ4UQO7c
 M7xhMV+b7MSKZISS/c55lIObxvRSAurcZQ+/3vIeHfycECIqCKLRU5Smg==
Received: from SA0PR16MB3837.namprd16.prod.outlook.com (2603:10b6:806:87::8)
 by CH0PR16MB4377.namprd16.prod.outlook.com (2603:10b6:610:112::9) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9499.5; Fri, 9 Jan
 2026 07:46:55 +0000
Received: from SA0PR16MB3837.namprd16.prod.outlook.com ([::1]) by
 SA0PR16MB3837.namprd16.prod.outlook.com ([fe80::5a1b:8019:128:f62c%4]) with
 Microsoft SMTP Server id 15.20.9499.002; Fri, 9 Jan 2026 07:46:55 +0000
From: "info@AnthropicCopyrightSettlement.com"
        <info@AnthropicCopyrightSettlement.com>
To: Daniel Gilbert <loglow@gmail.com>
Subject: Automatic reply: Request for Settlement Exclusion and Cancellation of
 Previous Claim Form Submission
Thread-Topic: Request for Settlement Exclusion and Cancellation of Previous
 Claim Form Submission
Thread-Index: AQHcgTweRL5qRNcxFESOKCtwC3P/4bVJdcgf
Date: Fri, 9 Jan 2026 07:46:55 +0000
Message-ID:
 <d36d321aae8046a0b2ddb32ba694c178@SA0PR16MB3837.namprd16.prod.outlook.com>
References:
 <CACGiQLudnnxLDHViY+zo8R=s+1V7t2HBnzRw1mBBALephFNayw@mail.gmail.com>
In-Reply-To:
 <CACGiQLudnnxLDHViY+zo8R=s+1V7t2HBnzRw1mBBALephFNayw@mail.gmail.com>
X-MS-Has-Attach:
X-Auto-Response-Suppress: All
X-MS-Exchange-Inbox-Rules-Loop: info@anthropiccopyrightsettlement.com
X-MS-TNEF-Correlator:
authentication-results: dkim=none (message not signed)
 header.d=none;dmarc=none action=none
 header.from=AnthropicCopyrightSettlement.com;
```

x-ms-exchange-parent-message-id:
 <CACGiQLudnnxLDHViY+zo8R=s+1V7t2HBnzRw1mBBALephFNayw@mail.gmail.com>
auto-submitted: auto-generated
x-ms-exchange-generated-message-source: Mailbox Rules Agent
x-ms-publictraffictype: Email
x-ms-traffictypediagnostic: SA0PR16MB3837:EE_|CH0PR16MB4377:EE_
x-ms-office365-filtering-correlation-id: 2260d554-08f8-4066-b033-08de4f5342be
x-ms-exchange-senderadcheck: 1
x-ms-exchange-antispam-relay: 0
x-microsoft-antispam:
 BCL:0;ARA:13230040|50650200027|376014|1800799024|366016|10070799003|8096899003|80100003;
x-microsoft-antispam-message-info:
 =?us-ascii?Q?UBsSA7Aw9y7lV21I3fz3gkWi63kpKQ7hM90AiKQezKKY1IbwBYR4tgjmLeLT?=
 =?us-ascii?Q?UjZ9VK/YNjIUI7lE9k2bUr4KYhhQxIwROloLKM0nJZm1YtzFVDraef5q9EQF?=
 =?us-ascii?Q?YGsYcddkr+twsO+mjgabMTcI/522SJvKmi8wP/Fbiutpt/o+GpNNzovbbl/+?=
 =?us-ascii?Q?Wh227sxbRF3odNxxGL+kGIj+F9+Y0X534eiLtGkZ/9wKWkCmYrnl9bQ0E+tT?=
 =?us-ascii?Q?3qPQAA7X0lyKeraevJbWnsbfpyxObRB7orPLm4zo3OhNmmA1g8QnNNx6qbXw?=
 =?us-ascii?Q?sCw6RoE7r0BFtgSlT+75ibN5qv0GPlRz0QSA8JDjMHT/EOm4eGRF4X6b9Jos?=
 =?us-ascii?Q?LrbaRRujou85TBkYdCjfg5TOEnnUTmcK2qK1NOziBeCCKsZFVJSooxCZuU9O?=
 =?us-ascii?Q?XYxuow7MFpxP26SYpRZMY+06F8p8VKcLpZ9Ojo+C0YHM20b6qKVEwdd6OuBt?=
 =?us-ascii?Q?6kY0OSPU35xPdrlvfPKj7Hy8GHUpXGs79k6lmMACmZ2QI/WLVCZ6Jxyg2sH0?=
 =?us-ascii?Q?kbXP2qwKP8k3bt/TZv9UBT6+B7RQ/5jVaKKcWIvmUGxe03oUYj0+CXG0eu+p?=
 =?us-ascii?Q?vLuanMn0vM4QWfhculqMBUSd4SyWQgNIgFpO0cMoFsaptL1tmjdKdtH3L4gf?=
 =?us-ascii?Q?I0SDhA9Dx4KsYp0iuqvJPiM0y8zGXDH/re0ZszA5RgBB5TYlH44vaIgxKa8M?=
 =?us-ascii?Q?k3U/4hs5hJ1aTd/rzDqoHGfn3ltPWizsHN5fPgwRGxuhxlhkQaj1GRovXkOn?=
 =?us-ascii?Q?EcxVeGLZTiQh9MmA/mPSFVOJtgC/lCpHuZ1JK8PA7cBbZEOVrcIFL1c8D85S?=
 =?us-ascii?Q?1mWmkUU/8bdvrQ/jcXQUyXKMH9q0yUJbewavh/ij97j7tmA0QqtcauYf5s9D?=
 =?us-ascii?Q?6M5ZbPnYxFXHmnrEv+wmCzW043ufu8z6XlozYUKqb65eXtpK5ORQgtSev4VW?=
 =?us-ascii?Q?OhvuK366nuriIKmqVqvklASGMBWrAMRuwYRhS+bc1ngweq5wWsHjn/Q3q5ncG?=
 =?us-ascii?Q?YMCJxZTVAGtKsCrRGrf5DzYzYv1lD0j7awusAjaFcjfnHUp+syV8Ae8igzBe?=
 =?us-ascii?Q?U8FVH4aQPzlR8SO6d65Kpd4lEGsEfL9Nzool3patmRW/dMWNJLo8czlZ8ezl?=
 =?us-ascii?Q?SxW+tPEltKAKA5ePnqvE4+JaLuIfJoYa7sPfw0GHj3RuLumy/QqdjaYIV8RY?=
 =?us-ascii?Q?DsYHQXq+pVgeprb9ocPcxuxsJULLPCYMfz1CzHZDX3QnnlQmNtjnMgZAuVGS?=
 =?us-ascii?Q?QbCesOUCatfDpyBpfsA0CcUSRVh0DqGwPVpKhZfga2GmzOBaKRjBBJdwmsMW?=
 =?us-ascii?Q?4KJkHLJCjQPGc/+H/3hGpP1t3E6kdenBDN5sS/G//fSR088sT2YLRAEJqbYW?=
 =?us-ascii?Q?y/3ffapW4OrSbC4QL4IdRbF+tu+FlwHXmHfwB5EZ+RaWu7BzergzAaK5m5q3?=
 =?us-ascii?Q?PHlc/j1RROASGWORN0ML+ZLKAzKK0mfZrtVAw8FyCt+9Ikyd/ukKgg=3D=3D?=
x-forefront-antispam-report:
 CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:SA0PR16MB3837.namprd16.prod.outlook.com;PTR:;CAT:NONE;SFS:(13230040)(50650200027)
(376014)(1800799024)(366016)(10070799003)(8096899003)(80100003);DIR:OUT;SFP:1501;
x-ms-exchange-antispam-messagedata-chunkcount: 1
x-ms-exchange-antispam-messagedata-0:
 Oq/m7G1ItM7qA+5igik+Nl5ScWV1U83XXTW3OkPfqnIhs61yVMDg/7JyP0OcJ0x+oCN7fe2K68dY2MspK+w1A7z8H+BJlCNChoOr4GQoHF42cA1kvS/
 BDRjKBsskJusr1cjlbajJILiNp1TJDQ4nNvY8uju1BCkdT5YPGVg4AJN7/yEfXuIdnakZK9Y/
 L11ohi6ZUq9Cm9Je8M8prQEt7prUyiZJGyPEsx3nTxiPYnniXxwfa8IPAIlVRTyEb216fjxTxOgI+68PeXN1p3P0YucFl/SOke0rM3hKDCBMcjd6j4WGeKMKITYbNtnTVpJhM9AEw+qzc/
 vLDe7bVFwUr11Yw5+aTceIGfVhFNHgtq92uTCvuUKFLYvLm7ryM88fX0vCdcK25Fv3FCuzpjxPQWRFdznj3TXMClF+e+JQ+Qz6zc71rWizYS9KawpDDPoX
Content-Type: multipart/alternative;
        boundary="_000_d36d321aae8046a0b2ddb32ba694c178SA0PR16MB3837namprd16pr_"
MIME-Version: 1.0
X-OriginatorOrg: AnthropicCopyrightSettlement.com
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: SA0PR16MB3837.namprd16.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: 2260d554-08f8-4066-b033-08de4f5342be
X-MS-Exchange-CrossTenant-originalarrivaltime: 09 Jan 2026 07:46:55.3726
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: b9f74a40-89a4-49e8-9969-7842c4748a82
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CH0PR16MB4377

--_000_d36d321aae8046a0b2ddb32ba694c178SA0PR16MB3837namprd16pr_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Thank you for contacting the Anthropic Copyright Settlement Administrator. =
 We are reviewing your message.  For more information, please read the comp=
lete, Court-approved Class Notice<https://preview-assets-us-01.kc-userconte=
nt.com/1eeb16db-4934-006e-40a6-38fa91285ebb/7ce4b15b-2240-43a8-8b40-e92625b=
5f25b/ANT%20-%20Long-Form%20Notice%2011.21.2025_10_43_PM.pdf> about the pre=
liminarily approved Settlement that the Court advises Class Members to read=
.

--_000_d36d321aae8046a0b2ddb32ba694c178SA0PR16MB3837namprd16pr_
Content-Type: text/html; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

<html>
<head>
<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dus-ascii"=
>
</head>
<body>
<div style=3D"line-height:1.38; margin:0in 0in 8pt; font-family:Calibri,Hel=
vetica,sans-serif; font-size:12pt; color:rgb(0,0,0)">
Thank you for contacting the Anthropic Copyright Settlement Administrator.&=
nbsp; We are reviewing your message.  For more information, please rea=
d the complete, Court-approved
<b><u><a href=3D"https://preview-assets-us-01.kc-usercontent.com/1eeb16db-4=
934-006e-40a6-38fa91285ebb/7ce4b15b-2240-43a8-8b40-e92625b5f25b/ANT%20-%20L=
ong-Form%20Notice%2011.21.2025_10_43_PM.pdf" title=3D"Original URL: https:/=
/preview-assets-us-01.kc-usercontent.com/1eeb16db-4934-006e-40a6-38fa91285e=
bb/7ce4b15b-2240-43a8-8b40-e92625b5f25b/ANT%20-%20Long-Form%20Notice%2011.2=
1.2025_10_43_PM.pdf. Click or tap if you trust this link." style=3D"color:r=
gb(70,120,134)">Class
 Notice</a></u></b> about the preliminarily approved Settlement that t=
he Court advises Class Members to read.</div>
</body>
</html>

--_000_d36d321aae8046a0b2ddb32ba694c178SA0PR16MB3837namprd16pr_--