## **EXHIBIT M**

Opt-Out Confirmation Email

 **Gmail**

Daniel Gilbert <loglow@gmail.com>

---

## Request for opt-out confirmation

**info@AnthropicCopyrightSettlement.com** <info@anthropiccopyrightsettlement.com>    Mon, Jun 15, 2026 at 5:32 PM

To: Daniel Gilbert <loglow@gmail.com>

Dear Daniel,

We confirm receipt of your timely and valid opt-out request on January 8th, 2026, and that the work **Hacking World of Warcraft, USCO Number TX0007204548** was included in that request. We will follow up if anything further is required.

Regards,

Anthropic Copyright Settlement Administrator
Toll-Free: 877-206-2314
www.AnthropicCopyrightSettlement.com
[JH]

---

**From:** Daniel Gilbert <loglow@gmail.com>
**Sent:** Friday, June 12, 2026 10:44 PM
**To:** info@AnthropicCopyrightSettlement.com <info@AnthropicCopyrightSettlement.com>
**Subject:** Request for opt-out confirmation

Hello,

I, Daniel Benjamin Gilbert, am writing to request written confirmation of the opt-out/exclusion status of the below work in connection with the Bartz v. Anthropic PBC class action settlement.

Specifically, please confirm whether JND has received, processed, and recorded my opt-out request, and whether the below work has been excluded from the settlement as a result of that opt-out. I submitted my opt-out request via a letter dated January 9, 2026.

The work information below is taken from the settlement lookup results at https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsecure. anthropiccopyrightsettlement.com%2Flookup%2Fresults&data=05%7C02%7Cinfo% 40anthropiccopyrightsettlement.com%7C11534ec3cf5d4c57fc4208dec90ed0d6% 7Cb9f74a4089a449e899697842c4748a82%7C0%7C0%7C639169262639327772%7CUnknown% 7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsllYiOiIwLjAuMDAwMClsll AiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata= 2WlfDfS5EizaXCN2spawqC7nwO0sqUrydGur9vdqz1Q%3D&reserved=0:

[Quoted text hidden]