**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| **DANIEL BENJAMIN GILBERT,** |
| Plaintiff, |
| v. |
| **ANTHROPIC PBC,** |
| Defendant. |

Case No. 3:26-cv-30081-MGM

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE***
**OF YAR R. CHAIKOVSKY**

Defendant, through undersigned counsel, hereby moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* of attorney Yar R. Chaikovsky on the following grounds:

1.      Mr. Chaikovsky is admitted to practice in good standing in California; the U.S. Court of Appeals for the Federal, Ninth, and Third Circuits; the U.S. District Courts for the District of Columbia, District of Colorado, Central District of California, Eastern District of California, Northern District of California, Southern District of California, Eastern District of Texas, Northern District of Texas, and Western District of Texas; and the United States Supreme Court.

2.      Attached hereto is Mr. Chaikovsky's certification stating he meets the requirements for pro hac vice admission in the United States District Court for the District of Massachusetts.

3.      Mr. Chaikovsky has reviewed and is familiar with the Local Rules of this Court.

4.      Undersigned counsel is admitted to practice and in good standing before this Court and has appeared in this action.

5.      Counsel for the Defendant have conferred with Plaintiff, and Plaintiff assents to the motion.

1

Accordingly, Defendant respectfully requests that Mr. Chaikovsky be permitted to appear *pro hac vice* in the above-captioned matter.

Dated: July 28, 2026

Respectfully Submitted,

*/s/ Lauren Papenhausen*
Lauren Papenhausen, (BBO # 655527)
**WHITE & CASE LLP**
75 State Street, 23rd Floor
Boston, MA 02109
617-979-9300
lauren.papenhausen@whitecase.com

*Attorney for Defendant*

2

3

## CERTIFICATE OF 7.1 CONFERENCE

I, Lauren Papenhausen, hereby certify that counsel for Defendant have conferred with Plaintiff regarding the foregoing pursuant to Local Rule 7.1(a)(2) in an attempt to narrow or resolve the issue, and Plaintiff has assented to this Motion.

/s/ Lauren Papenhausen
Lauren Papenhausen

4

## <u>CERTIFICATE OF SERVICE</u>

I, Lauren Papenhausen, hereby certify that on July 28, 2026, I caused a true and accurate copy of the foregoing to be served on counsel and parties of record by CM/ECF.

<u>*/s/ Lauren Papenhausen*</u>
Lauren Papenhausen