**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DANIEL BENJAMIN GILBERT,**<br><br>        Plaintiff,<br><br>v.<br><br>**ANTHROPIC PBC,**<br><br>        Defendant. | Case No. 3:26-cv-30081-MGM |

**CERTIFICATION BY YAR R. CHAIKOVSKY**

I, Yar R. Chaikovsky declare as follows:

1.      I am an attorney admitted to practice in good standing in California; the U.S. Court of Appeals for the Federal, Ninth, and Third Circuits; the U.S. District Courts for the District of Columbia, District of Colorado, Central District of California, Eastern District of California, Northern District of California, Southern District of California, Eastern District of Texas, Northern District of Texas, and Western District of Texas; and the United States Supreme Court.

2.      I am not now, nor have I ever been, the subject of disciplinary proceedings in any jurisdiction. I have never had a *pro hac vice* admission to this court revoked for misconduct.

3.      I have read and agree to comply with the Local Rules of the United States District Court of the District of Massachusetts.

4.      My office address is: White & Case, LLC, 2 Palo Alto Square, Suite 900, 3000 El Camino Real, Palo Alto, CA 94306-2109. My office phone number is (650) 213-0320, and my email address is yar.chaikovsky@whitecase.com.

1

Respectfully submitted this 28th day of July, 2026

Yar R. Chaikovsky
**WHITE & CASE LLP**
2 Palo Alto Square, Suite 900
3000 El Camino Real,
Palo Alto, CA 94306-2109
(650) 213-0320
yar.chaikovsky@whitecase.com

2