## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**DANIEL BENJAMIN GILBERT,**

       Plaintiff,

 v.

**ANTHROPIC PBC,**

       Defendant.

Case No. 3:26-cv-30081-MGM

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF AMIR JABBARI

The Defendant, through undersigned counsel, hereby moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* of attorney Amir Jabbari on the following grounds:

1.      Mr. Jabbari is admitted to practice in good standing in California and in the United States District Court for the Northern District of California.

2.      Attached hereto is Mr. Jabbari's certification stating he meets the requirements for *pro hac vice* admission in the United States District Court for the District of Massachusetts.

3.      Mr. Jabbari has reviewed and is familiar with the Local Rules of this Court.

4.      Undersigned counsel is admitted to practice and in good standing before this Court and has appeared in this action.

5.      Counsel for the Defendant has conferred with the Plaintiff, and the Plaintiff assents to this Motion.

Accordingly, Defendant respectfully requests that Mr. Jabbari be permitted to appear *pro hac vice* in the above-captioned matter.

1

Dated: July 28, 2026

Respectfully Submitted,

*/s/ Lauren Papenhausen*
Lauren Papenhausen, (BBO # 655527)
**WHITE & CASE LLP**
75 State Street, 23rd Floor
Boston, MA 02109
617-979-9300
lauren.papenhausen@whitecase.com

*Attorney for Defendant*

2

3

## CERTIFICATE OF 7.1 CONFERENCE

I, Lauren Papenhausen, hereby certify that counsel for the Defendant have conferred with the Plaintiff regarding the foregoing pursuant to Local Rule 7.1(a)(2) in an attempt to narrow or resolve the issue, and the Plaintiff has assented to this Motion.

*/s/ Lauren Papenhausen*
Lauren Papenhausen

4

## <u>CERTIFICATE OF SERVICE</u>

I, Lauren Papenhausen, hereby certify that on July 28, 2026, I caused a true and accurate copy of the foregoing to be served on counsel and parties of record by CM/ECF.

*/s/ Lauren Papenhausen*
Lauren Papenhausen

4