## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**DANIEL BENJAMIN GILBERT,**

Plaintiff,

v.

Case No. 3:26-cv-30081-MGM

**ANTHROPIC PBC,**

Defendant.

## CERTIFICATION BY AMIR JABBARI

I, Amir Jabbari, declare as follows:

1.      I am an attorney admitted to practice in good standing in California and in the United States District Court for the Northern District of California.

2.      I am not now, nor have I ever been, the subject of disciplinary proceedings in any jurisdiction.  I have never had a *pro hac vice* admission to this court revoked for misconduct.

3.      I have read and agree to comply with the Local Rules of the United States District Court of the District of Massachusetts.

4.      My office address is: White & Case, LLC, 3000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306-2109.  My office phone number is (650) 519-6488, and my email address is amir.jabbari@whitecase.com.

Respectfully submitted this 28th day of July, 2026.

Amir Jabbari
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 519-6488
amir.jabbari@whitecase.com