AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Daniel Benjamin Gilbert | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-30081-MGM |
| Anthropic Pbc | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic Pbc                                                                                        .

Date:    07/30/2026

/s/ Yar R. Chaikovsky
*Attorney's signature*

Yar R. Chaikovsky, admitted pro hac vice
*Printed name and bar number*

White & Case LLC
2 Palo Alto Square, Suite 900
3000 El Camino Real
Palo Alto, CA 94306-2109
*Address*

yar.chaikovsky@whitecase.com
*E-mail address*

(650) 213-0320
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2026, I caused this *NOTICE OF APPEARANCE OF COUNSEL* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously provide a copy of such filing to counsel of record and parties to their registered electronic mail addresses.

*/s/Yar R. Chaikovsky*
Yar R. Chaikovsky