AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Daniel Benjamin Gilbert | ) |
| *Plaintiff* | ) |
| v. | ) |
| Anthropic Pbc | ) |
| *Defendant* | ) |

Case No.   3:26-cv-30081-MGM

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Anthropic Pbc                                                                                                              .

Date:      07/30/2026

/s/ Amir Jabbari
*Attorney's signature*

Amir Jabbari, admitted pro hac vice
*Printed name and bar number*

White & Case LLC
2 Palo Alto Square, Suite 900
3000 El Camino Real
Palo Alto, CA 94306-2109
*Address*

amir.jabbari@whitecase.com
*E-mail address*

(650) 213-0359
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2026, I caused this *NOTICE OF APPEARANCE OF COUNSEL* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously provide a copy of such filing to counsel of record and parties to their registered electronic mail addresses.

*/s/Amir Jabbari*
Amir Jabbari