**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **DANIEL BENJAMIN GILBERT,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTHROPIC PBC,**<br><br>Defendant. | Case No. 3:26-cv-30081-MGM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of the Above-Named Court:

Please enter the withdrawal of Anna Naydonov as attorney for the Defendant, Anthropic

PBC. The Defendant continues to be represented by White & Case LLP, including the attorneys

listed below who have previously entered notices of appearance in this case.

Dated:  August 14, 2026

Respectfully submitted,

*/s/ Lauren Papenhausen*
Lauren Papenhausen (BBO# 655527)
**WHITE & CASE LLP**
75 State St.
Boston, MA 02109-1814
Telephone: (617) 979-9300
Facsimile: (617) 979-9301
lauren.papenhausen@whitecase.com

Yar R. Chaikovsky (*pro hac vice*)
Andy LeGolvan (*pro hac vice*)
Amir Jabbari (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-815

2

yar.chaikovsky@whitecase.com
andy.legolvan@whitecase.com
amir.jabbari@whitecase.com

*Attorneys for Defendant Anthropic PBC*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I, Lauren Papenhausen, hereby certify that on August 14, 2026, I caused a true and accurate copy of the foregoing to be served on counsel and parties of record by CM/ECF.


*/s/ Lauren Papenhausen*
Lauren Papenhausen

3