UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL BENJAMIN GILBERT,

        Plaintiff and
        Counterclaim-Defendant,

    v.

ANTHROPIC PBC,

        Defendant and
        Counterclaim-Plaintiff.

Civil Action No. 3:26-cv-30081-MGM

## PLAINTIFF'S ASSENTED-TO MOTION FOR
## EXTENSION OF TIME TO RESPOND TO THE COUNTERCLAIM

Plaintiff and Counterclaim-Defendant Daniel Benjamin Gilbert respectfully moves under

Federal Rule of Civil Procedure 6(b)(1)(A) to extend his time to answer or otherwise respond to

the Counterclaim of Defendant and Counterclaim-Plaintiff Anthropic PBC (ECF No. 28) through

and including September 2, 2026. In support, Plaintiff states:

1.      Anthropic filed its Answer and Counterclaim on July 29, 2026. (ECF No. 28.)

Plaintiff's response to the Counterclaim is due August 19, 2026. Fed. R. Civ. P. 12(a)(1)(B).

2.      On August 14, 2026, counsel for Anthropic informed Plaintiff in writing that

Anthropic "will be filing an amended answer and counterclaim on or before the August 19

deadline."

3.      Once an amended pleading is filed, Plaintiff's time to respond to it will be

governed by Rule 15(a)(3). A response filed now would be directed at a pleading about to be

superseded and would burden the Court unnecessarily.

1

4.      Plaintiff will also be traveling from August 17 through the morning of August 19. To keep the docket orderly, Plaintiff requests that his time to answer or otherwise respond to the Counterclaim be extended through and including September 2, 2026. If Anthropic files its amended pleading as stated, this extension will be moot in practice, because Rule 15(a)(3) will supply a comparable period running from service of the amendment.

5.      This is Plaintiff's first request for an extension of this deadline. The extension does not affect any other deadline in this action. Defendant assents to the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court extend his time to answer or otherwise respond to the Counterclaim (ECF No. 28) through and including September 2, 2026.

DATED: August 14, 2026                         Respectfully submitted,

                                               */s/ Daniel B. Gilbert*
                                               Daniel B. Gilbert
                                               48 Parsons St Unit 6
                                               Easthampton, MA 01027
                                               (413) 265-1600
                                               daniel.b.gilbert@gmail.com

                                               *Plaintiff, Pro Se*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I certify that I conferred with counsel for Defendant regarding this motion by email on August 14, 2026, and that Defendant, through Attorney LeGolvan, assented to the relief requested on August 14, 2026.

                                               */s/ Daniel B. Gilbert*
                                               Daniel B. Gilbert

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 14, 2026, I filed this document using the CM/ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Daniel B. Gilbert*
Daniel B. Gilbert