UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL BENJAMIN GILBERT,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant and Counterclaim-Plaintiff. | Civil Action No. 3:26-cv-30081-MGM |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE**
**TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE**

Plaintiff and Counterclaim-Defendant Daniel Benjamin Gilbert respectfully moves for an order permitting him, for the duration of this action, to bring one phone and one laptop into the United States Courthouse at 300 State Street, Springfield, Massachusetts, or any other courthouse where proceedings in this action may be held, and to connect those devices to the Court's wireless internet service where available. In support, Plaintiff states:

1. Plaintiff represents himself. The Court has granted him leave to file electronically (ECF No. 10), and his case file is electronic: his pleadings, exhibits, research, and notes live on his laptop.

2. Under this Court's Policy Regarding Electronic Devices (June 1, 2014), the general public must check electronic devices at the security screening station, while attorneys who present a valid bar card and proper identification are permitted to bring laptop computers and phones into the courthouse for business use.

3. Under this Court's Attorney Handbook (updated March 2026), a person other than an attorney or the media who wishes to bring electronic devices into the courthouse for use in a court proceeding may complete an authorization form, forwarded to the courtroom deputy clerk for approval at least two days before each scheduled proceeding.

4. Plaintiff, pro se, has no bar card, so without an order of the Court he would need a new approved form before every proceeding. And because the form covers only scheduled proceedings, he would have no way to bring his case file for ordinary business with the Court that cannot be done electronically, such as visiting the Clerk's office for a subpoena.

5. Plaintiff proposes the same conditions the Policy imposes on attorneys, and accepts any others the Court deems appropriate: he will submit both devices for x-ray and any other examination court security personnel deem appropriate; he will not photograph, record, or broadcast anything, by any means, consistent with Local Rule 83.3; both devices will stay in silent mode at all times inside the courthouse; the phone will not be used for calls within twenty feet of any courtroom entrance; and the laptop will be used in a courtroom only with the prior permission of the presiding judge.

6. Defendant assents to the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court permit him to bring one phone and one laptop into the courthouse for proceedings and regular business in this action, subject to the conditions stated above, and to connect to the Court's wireless internet service where available.

DATED: August 18, 2026

Respectfully submitted,

*/s/ Daniel B. Gilbert*

Daniel B. Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
(413) 265-1600
daniel.b.gilbert@gmail.com

*Plaintiff, Pro Se*

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I certify that I conferred with counsel for Defendant regarding this motion by email on August 17, 2026, and that Defendant, through Attorney Jabbari, assented to the relief requested on August 17, 2026.

*/s/ Daniel B. Gilbert*
Daniel B. Gilbert

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I filed this document using the CM/ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Daniel B. Gilbert*
Daniel B. Gilbert