UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL BENJAMIN GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Civil Action No. 3:26-cv-30081-MGM |

**PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16.1(d)(3)**

Plaintiff Daniel Benjamin Gilbert appears pro se and therefore acts as both party and counsel. Under Local Rule 16.1(d)(3), he certifies that he has conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED: July 26, 2026

*/s/ Daniel B. Gilbert*

Daniel B. Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
(413) 265-1600
daniel.b.gilbert@gmail.com

*Plaintiff, Pro Se*