**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**DANIEL BENJAMIN GILBERT**,

Plaintiff and Counterclaim-Defendant,

v.

**ANTHROPIC PBC**,

Defendant and Counterclaim-Plaintiff.

Case No. 3:26-cv-30081-MGM

**ANTHROPIC PBC'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), counsel and client hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Signed by:
Devon Hanley Cook
86936F1A371E4BA...

Devon Hanley Cook
Anthropic, Associate General Counsel,
Litigation

Date: August 24, 2026

Respectfully submitted,

*/s/ Andy LeGolvan*
Andy LeGolvan (*pro hac vice*)

Lauren Papenhausen (BBO# 655527)
**White & Case LLP**
75 State St.
Boston, MA 02109
Telephone: (617) 979-9300
lauren.papenhausen@whitecase.com

Yar R. Chaikovsky (*pro hac vice*)
Andy LeGolvan (*pro hac vice*)
Amir Jabbari (*pro hac vice*)
**White & Case LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
yar.chaikovsky@whitecase.com
andy.legolvan@whitecase.com
amir.jabbari@whitecase.com

*Counsel for Defendant Anthropic PBC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2026, a true and correct copy of the foregoing was served on Daniel B. Gilbert by email.

*/s/Lauren Papenhausen*
Lauren Papenhausen