# EXHIBIT A

Covenant Not to Sue

# COVENANT NOT TO SUE

Daniel Benjamin Gilbert ("Gilbert"), plaintiff and counterclaim-defendant in *Gilbert v. Anthropic PBC*, No. 3:26-cv-30081-MGM (D. Mass.) (the "Action"), makes this Covenant Not to Sue (the "Covenant") with respect to the literary work *Hacking World of Warcraft*, U.S. Copyright Registration No. TX 7-204-548 (the "Work").

## 1. Definitions

1.1. "Anthropic Parties" means Anthropic PBC and its predecessors, successors, assigns, parents, subsidiaries, and affiliates, and their respective officers, directors, employees, and agents, and the customers, users, and licensees of Anthropic PBC's products and services in their capacity as such.

1.2. "Training Uses" means the use of the Work, or of any portion of the Work, in the training, development, improvement, testing, offering, or operation of Anthropic's large-language models, including the models marketed under the Claude name and any research or unreleased models.

1.3. "Purchased Copies" means any copy of the Work that any Anthropic Party acquired by lawful purchase, including the physical copy referenced at ECF No. 36 ¶¶ 106 and 137 of the Action, and any digital copy created by scanning or otherwise digitizing a lawfully purchased copy, and any reproduction made from such a lawfully acquired or created copy.

1.4. "Pirate-Sourced Copies" means any copy of the Work, or of any portion of the Work, downloaded or otherwise obtained from Library Genesis ("LibGen"), Pirate Library Mirror ("PiLiMi"), or any similar unauthorized repository, and any reproduction made in whole or in part from any such copy, in any format, encoding, or storage medium, including copies made in maintaining, backing up, migrating, or indexing any dataset or library, and including copies in any reference dataset used by Anthropic's Content Compare System or any similar guardrail, filtering, or comparison system.

1.5. "Reserved Claims" means all claims arising from the acquisition, downloading, reproduction, storage, or retention of any Pirate-Sourced Copy, including the claims pleaded in Gilbert's First Amended Complaint in the Action (ECF No. 23).

## 2. Covenant

2.1. Gilbert, on behalf of himself and his heirs, successors, assigns, and any other person or entity that may hereafter hold any of his claims or interests in the Work, unconditionally and irrevocably covenants not to assert, initiate, maintain, or participate in any claim, demand, action, or proceeding of any kind against any Anthropic Party for infringement of any copyright in the Work, or under any analogous federal, state, or foreign law, arising from or based upon:

(a) any Training Uses of the Work, whether past, present, or future; or

(b) the acquisition, digitization, reproduction, retention, distribution, or use of any Purchased Copy, whether past, present, or future.

2.2. This Covenant is effective upon execution, requires no acceptance or consideration, is not conditioned on any act of any Anthropic Party or any outcome in the Action, and cannot be revoked, rescinded, or modified.

**3. Reservation**

3.1. This Covenant does not extend to, and Gilbert expressly reserves, all Reserved Claims. For the avoidance of doubt: "Training Uses" as used in this Covenant does not include the acquisition, downloading, reproduction, storage, or retention of any Pirate-Sourced Copy; no provision of this Covenant licenses, authorizes, or excuses the acquisition, downloading, reproduction, storage, or retention of any Pirate-Sourced Copy; and the making of any new reproduction from a Pirate-Sourced Copy is not a covered use, whatever its purpose. No acquisition or download of any Pirate-Sourced Copy is a Training Use or a covered use under this Covenant, whatever the purpose for which it was made or the use to which it was later put.

3.2. This Covenant does not limit the discovery, admissibility, or evidentiary use of any fact, including facts concerning conduct covered by Section 2, in connection with any Reserved Claim or any defense in the Action.

3.3. This Covenant is not an admission of any kind, does not waive or release any Reserved Claim, and does not amend any pleading or limit any relief sought in the Action with respect to the Reserved Claims.

**4. Effect**

4.1. Gilbert intends this Covenant to extinguish any actual or justiciable controversy between Gilbert and any Anthropic Party concerning the conduct described in Section 2, within the meaning of Article III of the United States Constitution and the Declaratory Judgment Act, 28 U.S.C. § 2201.

Executed this 22nd day of August, 2026.

Daniel B. Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
(413) 265-1600
daniel.b.gilbert@gmail.com
*Plaintiff, Pro Se*