**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DANIEL BENJAMIN GILBERT,<br><br>Plaintiff and<br>Counterclaim-Defendant,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant and<br>Counterclaim-Plaintiff. | Case No. 3:26-cv-30081-MGM |

**ANTHROPIC PBC'S ASSENTED-TO MOTION**
**<u>TO RESCHEDULE SEPTEMBER 14, 2026 SCHEDULING CONFERENCE</u>**

Defendant Anthropic PBC respectfully requests that this Court reschedule the upcoming scheduling conference from September 14, 2026 to September 17, 18, or 28, 2026 or October 1 or 2, 2026. Anthropic PBC has conferred with Plaintiff Gilbert, and Plaintiff Gilbert assents to this motion and is available on the requested dates for rescheduling. As grounds for this motion, Anthropic PBC states that the out-of-state attorneys intending to attend the conference on behalf of Anthropic PBC have preexisting travel plans that conflict with the scheduled date.

Dated: September 8, 2026

Respectfully submitted,

*/s/Lauren Papenhausen*
Lauren Papenhausen (BBO# 655527)
**WHITE & CASE LLP**
75 State St.
Boston, MA 02109-1814
Telephone: (617) 979-9300
Facsimile: (617) 979-9301
lauren.papenhausen@whitecase.com

Yar R. Chaikovsky (*pro hac vice*)
Andy LeGolvan (*pro hac vice*)
Amir Jabbari (*pro hac vice*)
**WHITE & CASE LLP**

3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
yar.chaikovsky@whitecase.com
andy.legolvan@whitecase.com
amir.jabbari@whitecase.com

*Attorneys for Defendant Anthropic PBC*

**CERTIFICATE OF 7.1 CONFERENCE**

I, Lauren Papenhausen, hereby certify that Defendant's counsel conferred with Plaintiff regarding the foregoing pursuant to Local Rule 7.1(a)(2) in an attempt to narrow or resolve the issue, and Plaintiff assented to this Motion and agreed to the provision of the specified dates as available dates for rescheduling the conference.

*/s/ Lauren Papenhausen*
Lauren Papenhausen

**CERTIFICATE OF SERVICE**

I, Lauren Papenhausen hereby certify that on September 8, 2026, I caused a true and accurate copy of the foregoing to be served on counsel and parties of record by CM/ECF.

*/s/ Lauren Papenhausen*
Lauren Papenhausen