UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL BENJAMIN GILBERT,<br><br>Plaintiff and<br>Counterclaim-Defendant,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant and<br>Counterclaim-Plaintiff. | Civil Action No. 3:26-cv-30081-MGM |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE AMENDED COUNTERCLAIM IN PART OR, IN THE ALTERNATIVE, FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Plaintiff and Counterclaim-Defendant Daniel Benjamin Gilbert respectfully moves under Local Rule 7.1(b)(3) for leave to file the reply attached as Exhibit A in support of his motion to dismiss the Amended Counterclaim in part or, in the alternative, for partial judgment on the pleadings (ECF No. 42).

The grounds for this motion are:

1. Anthropic's opposition (ECF No. 47) reads Plaintiff's Answer to Amended Counterclaim as permitting a fair use defense limited to whether keeping the Work was fair, and reads four passages of the First Amended Complaint as placing Anthropic's purchased copy of the Work at issue. Neither reading could be addressed in Plaintiff's memorandum, and the reply answers both by quoting the pleadings.

2. The opposition relies on a decision of this Court, *Esoterix Genetic Laboratories LLC v. Qiagen Inc.*, No. 14-cv-13228-ADB, 2016 WL 4555613 (D. Mass. Aug. 31, 2016), that Plaintiff's memorandum did not address. The reply distinguishes it briefly.

3. The reply is two pages, plus signature block and certificate. It also responds to the opposition's statement that purpose must be identified and assessed. It raises no new ground for the relief requested, offers language for the confirmation already requested in the alternative, and rests on the memorandum for everything else.

4. Defendant assents to the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the reply attached as Exhibit A and deem it filed as of the date of the Court's order, or, if the Court prefers, permit Plaintiff to file it as a separate docket entry within one business day of the order.

DATED: September 12, 2026

Respectfully submitted,

*/s/ Daniel B. Gilbert*

Daniel B. Gilbert
48 Parsons St Unit 6
Easthampton, MA 01027
(413) 265-1600
daniel.b.gilbert@gmail.com

*Plaintiff, Pro Se*

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I certify that I conferred with counsel for Defendant regarding this motion by email on September 11, 2026, and that Defendant, through Attorney LeGolvan, assented to the relief requested on September 11, 2026.

*/s/ Daniel B. Gilbert*
Daniel B. Gilbert

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2026, I filed this document using the CM/ECF system, and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Daniel B. Gilbert*
Daniel B. Gilbert