UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL BENJAMIN GILBERT,

Plaintiff and
Counterclaim-Defendant,

v.

ANTHROPIC PBC,

Defendant and
Counterclaim-Plaintiff.

Case No. 3:26-cv-30081-MGM

SCHEDULING ORDER
October 5, 2026

MORGAN, U.S.M.J.

The following schedule was established at the scheduling conference held on October 1, 2026.

| **Date** | **Deadline/Event** |
|---|---|
| October 29, 2026 | Filing of motions for leave to amend the pleadings to add parties, claims, or defenses |
| November 30, 2026 | Initial written discovery requests |
| March 19, 2027 | Filing of joint status report regarding discovery, including the status of written discovery, production of documents and scheduling of depositions |
| May 14, 2027 | Deadline to serve written discovery requests |
| June 14, 2027 | Completion of non-expert discovery, including service of and responses to all written discovery (including requests for admissions) and non-expert depositions |
| June 30, 2027 at 11:00 a.m. | Case management conference |
| July 5, 2027 | Plaintiff's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |

| | |
|---|---|
| August 13, 2027 | Defendant's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |
| September 13, 2027 | Rebuttal designations and reports |
| October 12, 2027 | Completion of expert depositions |
| November 26, 2027 | Filing of dispositive motion(s) |
| January 10, 2028 | Filing of opposition(s) to dispositive motion(s) |
| January 31, 2028 | Filing of replies to opposition(s) to dispositive motion(s), if any |

It is So Ordered.

/s/ Christopher L. Morgan
CHRISTOPHER L. MORGAN
United States Magistrate Judge